AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

SHERRON HERNANDEZ

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:  99-M 00093 -LPC
                                    II

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____ March 9, 1999, _____ in _____ Suffolk _____ county, in the _____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce with the intent to avoid prosecution for a violation of Massachusetts General Laws chapter 266 Section 30 which is punishable as a felony,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1073 _____

I further state that I am a(n) _____ Special Agent, FBI _____ and that this complaint is based on the following
                                                          Official Title

facts:

set forth in the attached Affidavit of James J. Trahon which is incorporated herein for all purposes.

Continued on the attached sheet and made a part hereof:     ☒ Yes        ☐ No

JAMES J. TRAHON
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-9-99
Date

at

Boston, Massachusetts
City and State

LAWRENCE P. COHEN
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, James J. Trahon, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, upon my oath depose and state:

1.    The FBI has been requested to assist the Suffolk County District Attorney's Office in the location and apprehension of SHERRON FERNANDEZ (FERNANDEZ), date of birth April 14, 1979.

2.    I have been informed by Sergeant Detective Bruce Holloway of the Suffolk County District Attorney's Office as follows:

a.    On March 21, 1997, FERNANDEZ, while in the custody of the Division of Youth Services, City of Boston, attempted to send a letter, which was intercepted. The intercepted letter was addressed to known fellow gang members and directed them to go to a witness's house and persuade the witness to state that he identified the wrong person or to fail to appear in court.

b.    On April 4, 1997, having been charged with three counts of Attempt to Commit a Crime, FERNANDEZ was arraigned in Suffolk Superior Court. On September 26, 1997, FERNANDEZ pleaded guilty and the court imposed a suspended sentence of 18 months' imprisonment with a term of three years' probation.

c.    The crime of Attempt to Commit a Crime is a felony under Massachusetts General Laws, chapter 274, section 6.

d.    On March 7, 1999, FERNANDEZ was arrested by the Boston Police Department after being stopped, along with others, in a

vehicle at the intersection of Lithgow and Talbot Streets in Dorchester, Massachusetts. The vehicle was stopped after being identified as fleeing the area of a shooting in the vicinity of 85 Hazelton Street in Mattapan, Massachusetts. A passenger who had been apprehended after leaving the vehicle shortly before the vehicle was stopped was later identified as the shooter. A handgun was observed on the rear seat of the vehicle at the time of the stop.

e.    The following day, on March 8, 1999, FERNANDEZ was released on bail from the custody of the Boston Police Department with direction to appear in court on the following day for arraignment. The next day, on March 9, 1999, FERNANDEZ failed to appear in court for arraignment.

f.    On April 1, 1997, an indictment was returned in the Suffolk County Superior Court charging FERNANDEZ with the offense of Accessory After the Fact arising from the March 7, 1999 shooting. An arrest warrant on that indictment was issued the same day.

g.    The crime of Accessory After the Fact is a felony under Massachusetts General Laws, chapter 274, section 4.

h.    On April 16, 1999, a warrant also was issued by the Suffolk County Superior Court for the arrest of FERNANDEZ for violating the terms of the probationary sentence imposed on FERNANDEZ on September 26, 1997.

i.    According to the Boston Police Department, FERNANDEZ

may be living in the State of Virginia, where he has friends and contacts. Based upon this information along with FERNANDEZ's failure to appear in court on March 9, 1999, it is believed that FERNANDEZ has fled the Commonwealth of Massachusetts in order to avoid prosecution and custody and confinement after conviction for the pending felony charge and the probation violation charge.

The Suffolk County District Attorney's Office will rendite FERNANDEZ if he is apprehended outside the District of Massachusetts.

3. Attached hereto and made a part hereof is a copy of the warrant commanding the arrest of FERNANDEZ for the crime of Accessory After the Fact.

Signed under the pains and penalties of perjury this 9th day of November, 1999.

JAMES J. TRAHON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 9th day of November, 1999.

LAWRENCE P. COHEN
United States Magistrate Judge

| WARRANT | | Trial Court of Massachusetts |
|---|---|---|
| Suffolk Superior | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | **Suffolk Superior Court** |

**Trial Court of Massachusetts**

**Suffolk Superior Court**

TO ANY AUTHORIZED OFFICER:
REASON FOR WARRANT

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

FERNANDEZ, SHERRON
28 W COTTAGE STREET APT 3
BOSTON, MA

☒ Representation of prosecutor that defendant may not appear unless arrested.

☐ Defendant failed to appear after being summoned to appear.

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 04/14/1979 | M | B | 5'07" | 160 | BRO | BLK |

☐ Defendant failed to appear after recognizing to appear.

| C.C. # | SOCIAL SECURITY # |
|---|---|
| 990116972 | 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 |

☐ Defendant failed to pay court ordered monies in the amount of $_____.

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 03/07/1999 | BOSTON |

☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| , | BOSTON PD AREA C-3 |

☐ Defendant failed to appear for Probation Surrender Hearing

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 04/01/1999 | |

☐ Other:

**COUNT-OFFENSE**

1 - 274/4  ACCESSORY AFTER THE FACT c274 §4

on 03/07/1999, knowing that KENDAR BRITE had committed a felony, to wit: ASSAULT AND BATTERY, did harbor, conceal, maintain or assist such person, with the intent that such person should avoid or escape detention, arrest, trial or punishment, in violation of G.L. c.274, §4. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

THE COURT HAS ORDERED THAT A  ☒ WARRANT   ☐ DEFAULT WARRANT   ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: , | 04/01/1999 | Dominic D Avolio |