UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Magistrate No. 99-93-LPC |
| ) | |
| **SHERRON HERNANDEZ** ) | |

**MOTION TO EXTEND TIME TO FILE STATUS REPORT**

The United States of America hereby respectfully moves that its time to file a status report in the within matter be extended to and including March 15, 2005. As grounds therefor, the United States states that undersigned counsel has been attempting to determine through the FBI agent responsible for the matter whether there is any need for the case to remain open. Said agent is currently engaged on an assignment in Washington, D.C., and has, in turn, been attempting from there to contact a member of the Boston Police Department having knowledge of the matter. The additional time requested will enable the government to complete its inquiry and, if appropriate, to file a dismissal.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/Robert E. Richardson
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney