UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) MAGISTRATE NO. 99-00093-LPC |
| v. | ) |
| | ) |
| SHERRON HERNANDEZ | ) |

## DISMISSAL OF COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Complaint in the within matter. In support of this dismissal, the government states that continued prosecution of the Complaint would not be in the best interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
Chief, Criminal Division

ROBERT E. RICHARDSON
Assistant U.S. Attorney

Leave to File Granted
Charles B. Swartwood
Chief United States Magistrate Judge

3-30-05